Submitted on record and briefs May 21, affirmed June 2, 1975

STATE OF OREGON, *Respondent, v.* MARK ALLEN SWAIN (No. C 74-08-2606 Cr), *Appellant.*

535 P2d 569

D. L. Olstad and Bailey & Olstad, Portland, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and John W. Burgess, Assistant Attorney General, Salem, filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

AFFIRMED. *State v. Stacey,* 17 Or App 662, 523 P2d 612, Sup Ct *review denied* (1974); *State v. Bright,* 8 Or App 202, 493 P2d 757 (1972).